UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                           Case Number 04-36215 JHW

Debtor: Luis Perez & Lydia Mejias

| Check Number | Creditor | Amount |
|---|---|---|
| 1679631 | CitiResidential Lending, Inc. | 3,195.92 |

/s/ *Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated: January 14, 2010